1008

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN THORNLEY ELZE, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 02-1-00552-8, Kathleen M. O'Connor and Tari S. Eitzen, JJ., entered August 28 and December 16, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 21489-3-III. Division Three. April 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GEORGE SEGERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00460-2, Michael E. Donohue, J., entered September 18, 2002. Conviction *affirmed,* sentence *reversed,* and case *remanded* for resentencing by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 21835-0-III. Division Three. April 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ZANE ALAN CALDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 02-1-00155-1, Rebecca M. Baker, J., entered February 21, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22143-1-III. Division Three. April 15, 2004.]

RANDAL L. PHIBBS, ET AL., *Respondents*, v. ROBERT O'DELL, ET AL., *Appellants*, NICHOLAS PETRILLI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-05771-8, Jerome J. Leveque, J., entered May 8, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.